## Commonwealth v. Jacobson, Appellant.

Argued March 19, 1973.

*Francis X. Nolan*, with him *Donsky, Katz, Levin & Dashevsky*, for appellant; *Louis A. Perez, Jr.*, Assistant District Attorney, with him *Milton M. Stein*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Lurry, Appellant.

Argued March 21, 1973. *Nolan N. Atkinson, Jr.*, with him *Zack, Myers and Atkinson*, for appellant; *Albert L. Becker*, Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.